IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL., | ) ) ) |
| ROBERT KEITH BENDER, | ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 06-01432 (GK) |
| NORTH AMERICAN TELECOMMUNICATIONS, INC., et al., | ) ) ) ) ) |
| Defendants. | ) ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

All defendants hereby move with the consent of the plaintiff for an extension of time within which to respond to the complaint. The complaint was served on the seven defendants at various times on or after March 26, 2008. Defendants request an extension to and including May 15, 2008 to respond.

Counsel for the plaintiff has authorized us to inform the court that the plaintiff consents to the requested extension of time.

Respectfully submitted,

/s/ David U. Fierst
David U. Fierst - #912899
STEIN, MITCHELL & MEZINES
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C.  20036
W:   (202) 737-7777
Fax:  (202) 296-8312

Email: dfierst@steinmitchell.com
*Attorney for North American Telecommunications, Inc., Chang D. Hwang, John G. Carothers, Capitol Technology Services, Inc., Heys S. Hwang, James Ruest .*


<u>/s/ James Bensfield</u>
James Bensfield #189084
May Lou Soller #246231
Miller & Chevalier, Chartered
655 15th Street, N.W. Suite 900
Washington, D.C. 20005
202-626-6032 (tel)
202-628-0856 (fax)
202-669-0458 (cell)
jbensfield@milchev.com
*Attorneys for PAE Government Services, Inc.*