IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  EX REL.,<br><br>ROBERT KEITH BENDER,<br><br>       Plaintiff,<br><br>       v.<br><br>NORTH AMERICAN<br>  TELECOMMUNICATIONS, INC.,<br>  et al.,<br><br>       Defendants. | Civ. No. 06-01432 (GK) |

**(PROPOSED) ORDER**

Defendants having moved for an order extending the time within which to respond to the complaint, and Plaintiff having consented to the requested relief, it is this

____ day of April, 2008

ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall answer or move pursuant to F.R.Civ.P. 12 not later than May 15, 2008.

_____
Gladys Kessler
United States district Judge