UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**ROBERT KEITH BENDER,**            )
                                    )
      **Plaintiff,**       )
                                    )
   v.                           )    Civil Action No. 06-1432
                                    )
**NORTH AMERICAN TELECOM,**         )
**INC.,** *et al.*                  )
                                    )
      **Defendants.**      )
_____)


## ORDER

Defendants having moved for an order extending the time within which to respond to the complaint, and Plaintiff having consented to the requested relief, it is this **14th day of April, 2008**

**ORDERED** that the motion is granted, and it is

**FURTHER ORDERED** that defendants shall answer or move pursuant to Fed.R.Civ.P. 12 not later than May 15, 2008.

                          __/s/_____
                          Gladys Kessler
                          United States District Judge

**Copies to: attorneys on record via ECF**