AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America, Ex Rel.
Robert Keith Bender
        Plaintiff(s)      )

**APPEARANCE**

vs.

CASE NUMBER   06-cv-1432-GK

North American Telecommunications, Inc.,
et al.
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Mary Lou Soller   as counsel in this
                                        (Attorney's Name)

case for:   PAE Government Services, Inc.
                      (Name of party or parties)

April 14, 2008
Date

*Mary Lou Soller* (signature)
Signature

#246231
BAR IDENTIFICATION

Mary Lou Soller
Print Name

Miller & Chevalier Chartered, 655 15th St., NW, Suite 900
Address

Washington, DC 20005
City      State      Zip Code

(202) 626-5800
Phone Number

# CERTIFICATE OF SERVICE

I hereby certify that, on April 14, 2008, I electronically filed the foregoing document with the Clerk of Court via the court's ECF system, which will send an electronic copy to all counsel of record:

**David K. Colapinto**
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, NW
Washington, DC 20007-2756
(202) 342-6980
Fax: (202) 342-6984
Email: dc@KKC.com

**David U. Fierst**
STEIN, MITCHELL & MEZINES, LLP
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036-4195
(202) 737-7777
Fax: (202) 296-8312
Email: dfierst@steinmitchell.com

**Laurie J. Weinstein**
UNITED STATES ATTORNEY'S OFFICE
555 4th Street, NW
E4820
Washington, DC 20530
(202) 514-7133
Fax: (202) 514-8780
Email: Laurie.Weinstein2@usdoj.gov

**Rudolph Contreras**
US ATTORNEYS OFFICE
Judiciary Center Building
555 Fourth Street, NW
Room E-4226
Washington, DC 20530
(202) 514-7151
Fax: (202) 514-8780
Email: rudolph.contreras@usdoj.gov

                                                                                                      _____/s/_ Mary Lou Soller___

862995.1