UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *ex rel.* :<br>    **ROBERT KEITH BENDER**, *et al.* :<br>                                     :<br>        Plaintiff                    :<br>                                     :     Case No. 1:06CV01432<br>    v.                               :<br>                                     :     Judge: Gladys Kessler<br>**NORTH AMERICAN TELECOMMUNI-**         :<br>    **CATIONS, INC.**, *et al.*         :<br>                                     :<br>        Defendants.                  : | |

### SUBSTITUTION OF COUNSEL

Madam Clerk:

   Please note the entry of appearance of Tarrant H. Lomax, Esq. and the withdrawal of David K. Colapinto, Esq. and Anthony C. Munter, Esq. on behalf of Plaintiff United States of America *ex rel.* Robert Keith Bender.

                              /s/ *Tarrant H. Lomax*
                              Tarrant H. Lomax (DC Bar No. 961409)
                              Tarrant H. Lomax, Esq., P.C.
                              940 Bay Ridge Avenue
                              Annapolis, MD 21403
                              Phone: 410.267.6151
                              Fax: 410.263.6785
                              Email: lomaxlaw@comcast.net


                              /s/ *David K. Colapinto*
                              David K. Colapinto (DC Bar No. 416390)


                              /s/ *Anthony C. Munter*
                              Anthony C. Munter
                              Kohn, Kohn & Colapinto, LLP
                              3233 P Street, NW
                              Washington, DC 20007-2756
                              Phone: 202.342.6980

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 13th day of May, 2008, I mailed a copy of foregoing pleading by first class mail, postage prepaid, and electronic service, if appropriate, to the following:

    United States Attorney
    Judiciary Center Building
    555 Fourth Street, NW
    Washington, DC 20530

    Attorney General of the United States
    United States Department of Justice
    Tenth Street and Constitution Avenue, NW
    Washington, DC 20530

    North American Telecommuications, Inc.
    9015 Rhode Island Avenue
    College Park, MD 20740

    Chang D. Hwang
    9015 Rhode Island Avenue
    College Park, MD 20740
    John G. Carothers
    4009 Chaco Road
    Alexandria, VA 22312

    Capitol Technology Services, Inc.
    3703 Benning Road, NE
    Washington, DC 20019

    Hayes (Heys) S. Hwang
    3703 Benning Road, NE
    Washington, DC 20019

    James W. Ruest
    12916 Chestwood Lane
    Bowie, MD 20715

    PAE Government Services, Inc.
    888 South Figueroa Street, Suite 1700
    Los Angeles, CA 90017-5466

    John Carothers
    4009 Chaco Road
    Alexandria, VA 22312

*/s/ Tarrant H. Lomax*
Tarrant H. Lomax