AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America, Ex. Rel.
Robert Keith Bender )
    Plaintiff(s) )
     )
     )
    vs. )   **CASE NUMBER**   06-cv-1432-GK
North American Telecommunications Inc., )
et al. )
    Defendant(s) )

**APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter the appearance of  James A. Bensfield  as counsel in this
                          (Attorney's Name)

case for:  PAE Government Services, Inc.
              (Name of party or parties)

May 12, 2008
Date

*/s/ James A. Bensfield*
Signature

James A. Bensfield
Print Name

#189084
BAR IDENTIFICATION

Miller & Chevalier Chartered, 655 15th St. NW, Ste. 900
Address

Washington, DC 20005
City      State      Zip Code

(202) 626-5800
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that, on May 14, 2008, I electronically filed the foregoing document with the Clerk of Court via the court's ECF system, which will send an electronic copy to all counsel of record:

**\*Tarrant Hale Lomax**
940 Bay Ridge Avenue
Annapolis, MD 21403
(410) 267-6151
Fax: (202) 686-0896
Email: lomaxlaw@comcast.net

**Laurie J. Weinstein**
UNITED STATES ATTORNEY'S OFFICE
555 4th Street, NW
E4820
Washington, DC 20530
(202) 514-7133
Fax: (202) 514-8780
Email: Laurie.Weinstein2@usdoj.gov

**David K. Colapinto**
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, NW
Washington, DC 20007-2756
(202) 342-6980
Fax: (202) 342-6984
Email: dc@KKC.com

**Rudolph Contreras**
US ATTORNEYS OFFICE
Judiciary Center Building
555 Fourth Street, NW
Room E-4226
Washington, DC 20530
(202) 514-7151
Fax: (202) 514-8780
Email: rudolph.contreras@usdoj.gov

**David U. Fierst**
STEIN, MITCHELL & MEZINES, LLP
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036-4195
(202) 737-7777
Fax: (202) 296-8312
Email: dfierst@steinmitchell.com

                                                            /s/ James Bensfield

863024.1