IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  EX REL.,<br><br>ROBERT KEITH BENDER,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTH AMERICAN<br>  TELECOMMUNICATIONS, INC.,<br>  et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civ. No. 06-01432 (GK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO DISMISS PURSUANT TO F.R.CIV.P. 12(b)(6) FILED BY DEFENDANTS NORTH AMERICAN TELECOMMUNICATIONS, INC., CHANG D. HWANG, JOHN G. CAROTHERS, CAPITOL TECHNOLOGY SERVICES, INC., HEYS S. HWANG, AND JAMES W. RUEST**

Defendants North American Telecommunications, Inc. (NATI), Chang D. Hwang, John G. Carothers, Capitol Technology Services, Inc. (CTSI), Heys S. Hwang, and James W. Ruest hereby move to dismiss the Complaint pursuant to F.R.Civ.P. 9(b) and 12(b)(6).

The motion is supported by the attached memorandum.

Respectfully submitted,

/s/ David U. Fierst
David U. Fierst - #912899
STEIN, MITCHELL & MEZINES
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C.  20036
W:    (202) 737-7777

Fax: (202) 296-8312
Email: dfierst@steinmitchell.com

*Attorney for North American Telecommunications, Inc., Chang D. Hwang, John G. Carothers, Capitol Technology Services, Inc., Heys S. Hwang, James Ruest .*