IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　EX REL.,<br><br>ROBERT KEITH BENDER,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>NORTH AMERICAN<br>　TELECOMMUNICATIONS, INC.,<br>　et al.,<br><br>　　　　Defendants. | Civ. No. 06-01432 (GK) |

**(PROPOSED) ORDER**

　　　Defendants North American Telecommunications, Inc. (NATI), Chang D. Hwang, John G. Carothers, Capitol Technology Services, Inc. (CTSI), Heys S. Hwang, and James W. Ruest having moved to dismiss and it appearing that the complaint fails to state a claim upon which relief can be granted, it is this ____ day of _____, 2008

　　　ORDERED that the motion is granted, and it is

　　　FURTHER ORDERED that the complaint is dismissed as to defendants NATI, Chang Hwang, Carothers, CTSI, Heys Hwang and Ruest.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Gladys Kessler
　　　　　　　　　　　　　　　　　　　　United States district Judge