## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **ex rel. ROBERT KEITH BENDER** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO: 1:06cv01432 (GK)** |
| | ) | |
| **NORTH AMERICAN** | ) | |
| **TELECOMMUNICATIONS INC.,** | ) | |
| **et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### (PROPOSED) ORDER

Defendant PAE Government Services, Inc. ("PAE"), having moved to dismiss the

Complaint and it appearing that the Complaint fails to state a claim upon which relief can be

granted, it is this _____ day of _____, 2008,

ORDERED that the motion is granted, and it is

FURTHER ORDERED that the Complaint is dismissed as to defendant PAE

Government Services, Inc.


_____
Gladys Kessler
United States District Judge