UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **ROBERT KEITH BENDER,** *et al.* : <br> : <br> **Plaintiff** : <br> : <br> v. : <br> : <br> **NORTH AMERICAN TELECOMMUNI- CATIONS, INC.,** *et al.* : <br> : <br> **Defendants.** : | Case No. 1:06CV01432 <br><br> Judge: Gladys Kessler |

**CONSENT MOTION FOR ENLARGEMENTS OF TIME
TO OPPOSE AND TO REPLY TO MOTION TO DISMISS**

Plaintiffs United States of America, *ex rel* Robert Keith Bender, *et al.*, by their attorney and pursuant to Rule 6(b), F.R.Civ.P., and with the consent of each of the Defendants, respectfully move the court for an enlargement of time for the filing of Plaintiffs' opposition to the two pending motions to dismiss, and the filing of the reply, if any, to the same. In support thereof, Plaintiffs state as follows.

Undersigned counsel has been, and will be, engaged in previously-scheduled matters, as well as out-of-town travel, in the next two weeks. Those matters have prevented, and will prevent, counsel from preparing, and reviewing with his client, a substantive response to the two pending motions.

Counsel for PAE Government Services, Inc., and counsel for the remaining defendants, each have authorized undersigned counsel to state the consent of their respective clients to this

request and to request that time for filing a reply, if any, to the Plaintiffs' opposition also be enlarged. Counsel for the parties have discussed, and agreed upon the following proposed schedule:

    Opposition(s) filed          June 12, 2008

    Reply(ies) filed            June 30, 2008

WHEREFORE, Plaintiffs respectfully request that the time within which they may file their opposition to the two pending motions to dismiss be enlarged to and including June 12, 2008, and the time within which the Defendants may file their respective replies to that opposition be enlarged to and including June 30, 2008.

                                                  */s/ Tarrant H. Lomax*
                                Tarrant H. Lomax (DC Bar No. 961409)
                                Tarrant H. Lomax, Esq., P.C.
                                940 Bay Ridge Avenue
                                Annapolis, MD 21403
                                Phone: 410.267.6151
                                Fax: 410.263.6785
                                Email: lomaxlaw@comcast.net

## STATEMENT OF POINTS AND AUTHORITIES

Rule 6(b), Federal Rules of Civil Procedure.

                                                  */s/ Tarrant H. Lomax*
                                Tarrant H. Lomax

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of May, 2008, I transmitted a copy of foregoing pleading by first class mail, postage prepaid, and/or electronic service, as appropriate, to the following:

>United States Attorney
>Judiciary Center Building
>555 Fourth Street, NW
>Washington, DC 20530
>
>Attorney General of the United States
>United States Department of Justice
>Tenth Street and Constitution Avenue, NW
>Washington, DC 20530
>
>David U. Fierst, Esq.
>Stein, Mitchell & Mezines
>1100 Connecticut Avenue, NW, Suite 1100
>Washington, DC 20036
>
>James A. Bensfield, Esq.
>Mary Lou Soller, Esq.
>655 Fifteenth Street, NW, Suite 900
>Washington, DC 20005-5701



                                                   /s/ *Tarrant H. Lomax*
                                                   Tarrant H. Lomax

C:\Documents and Settings\Tarrant Lomax\Desktop\THL PC\Client Files\Bender, Keith\Dismiss - Enlargement.wpd

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA,** *ex rel.*  :
   **ROBERT KEITH BENDER,** *et al.*    :
                                                                                           :
      **Plaintiff**                     :
                                                                                        :    Case No. 1:06CV01432
**v.**                                   :
                                                                                        :    Judge: Gladys Kessler
**NORTH AMERICAN TELECOMMUNI-**          :
   **CATIONS, INC.,** *et al.*          :
                                                                                          :
      **Defendants.**                   :

**ORDER GRANTING CONSENT MOTION FOR ENLARGEMENTS OF TIME
TO OPPOSE AND TO REPLY TO MOTION TO DISMISS**

The Motion of Plaintiffs for an enlargement of time having come on for consideration, and the Defendants having consented thereto, and good cause having been shown for the granting of the same, it is this ____ day _____, 2008,

ORDERED, that the motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that the time for filing opposition(s) to the motions to dismiss, and the replies thereto, be, and the same hereby is, enlarged to and including the following respective dates:

        Opposition(s)               June 12, 2008

        Reply(ies)                  June 30, 2008

                                          _____
                                          GLADYS KESSLER
                                          UNITED STATES DISTRICT JUDGE

Copy to:

    Tarrant H. Lomax, Esq.
    Tarrant H. Lomax, Esq., P.C.
    940 Bay Ridge Avenue
    Annapolis, MD 21403

    United States Attorney
    Judiciary Center Building
    555 Fourth Street, NW
    Washington, DC 20530

    Attorney General of the United States
    United States Department of Justice
    Tenth Street and Constitution Avenue, NW
    Washington, DC 20530

    David U. Fierst, Esq.
    Stein, Mitchell & Mezines
    1100 Connecticut Avenue, NW, Suite 1100
    Washington, DC 20036

    James A. Bensfield, Esq.
    Mary Lou Soller, Esq.
    655 Fifteenth Street, NW, Suite 900
    Washington, DC 20005-5701